**Order entered March 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00305-CV

## IN THE INTEREST OF B.T.G., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-12707**

## ORDER

This is an appeal from a final judgment of divorce entered after the trial court severed the custody issues in the divorce suit from the divorce and property issues. Pending before the Court are (1) appellant's motion to supplement the reporter's record with the record of a contempt hearing held in the custody suit, (2) appellant's motion to direct the reporter to deliver the recording of the October 15, 2012 final hearing in the divorce to another reporter for "proper transcribing," and (3) appellee's unopposed motion for extension of time to file brief. Because the contempt hearing was held in the custody suit and this appeal concerns the divorce, we **DENY** appellant's motion to supplement. We further **DENY** appellant's request to have another reporter transcribe the record of the October 15th final hearing without prejudice to refiling a motion in accordance with Texas Rule of Appellate Procedure 34.6(e). We **GRANT** appellee's extension motion and **ORDER** the brief tendered to the Clerk of the Court March 5, 2014 filed as of the date of this order.


/s/      ELIZABETH LANG-MIERS
       JUSTICE